IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | Case No. 1:19-cv-04752 |
| Plaintiff, | : : : | |
| v. | : : | |
| SECURITY SYSTEMS, INC. D/B/A SAFE HOME SECURITY, and SAFEGUARD SECURITY & SURVEILLANCE INC., | : : : : | **Jury Trial Demanded** |
| Defendants. | : : | |

## NOTICE OF DISMISSAL

NOW COMES George Moore, by and through his respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants.

RESPECTFULLY SUBMITTED AND DATED this 30th day of August, 2019.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on August 30, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich